**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Maria S. Aguilera | **Date:** September 21, 2021 |
| **USA v. Carlitos Barriente, et al (NOT PRESENT)** | **Case Number:** 21-04634MJ-001-TUC-BGM |

**U.S. Attorney:** Vincent Sottosanti
**Spanish Interpreter:** David Miller for Material Witnesses 1 and 3
**Mandarin Interpreter:** Peter Chan for Material Witness 2
**Material Witnesses:**
1 - Sanjuana Martinez-Ramirez;  2 - Can Quan Ye;  3 - Marisol Martinez-Zavala;  *4 – Not present and not initialed;  *5 – Not present and not initialed
**Material Witnesses state true names to be**
1 - SAME;  2 - SAME;  3 - SAME;
**Material Witness(es):**   ☒ Present via VTC with consent
  ☒ Custody

### INITIAL APPEARANCE – MATERIAL WITNESS(ES)

☒ Complaint Filed   **Date of Arrest: September 19, 2021**
☒ CJA attorney Nicholas Bischoff is present and appointed to represent the material witnesses.
☒ Upon questioning of the alleged material witnesses, the Court finds that they are not citizens of the United States.
☒ Material Witness(es) shall be temporarily detained in the custody of the United States Marshal pursuant to   ☒ 18§ 3142(f)   ☐ 18§ 3142(d)

  IT IS ORDERED: **within 48 hours of this Order***, that the United States Attorney shall schedule a date and time **within 30 days of this Order** for videotaping of the material witnesses and shall file **within 48 hours of this Order*** notice of the date and time of said taping and the name of each material witness to be videotaped. *IN THE CASE OF A JUVENILE MATERIAL WITNESS, **WITHIN 24 HOURS OF THIS ORDER**.

  IT IS ORDERED that counsel raising **objections** during the video depositions must (1) note the time and place on the videotape wherein the objection arose, (2) raise the objection before the district court in a short pleading filed no later than the deadline for the filing of Motions in the matter, (3) be prepared to roll the videotape at the exact point of any/all objections at the Motions hearing.

OTHER: The Court notes the Video Depositions are scheduled for 10/4/2021 at 8:30 AM in the Grand Jury Room. *The Court has received information form the U.S. Marshal that Material Witnesses 4 and 5 will need to be initialed on a future date unknown due to medical status.

**Recorded By:** Courtsmart   **MW IA:**   00 min
**Deputy Clerk:** Cynthia Espinoza
  **Start: 1:27 PM**
  **Stop: 1:53 PM**