GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
SCOTT A. TURK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: scott.turk@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Carlitos Barriente,<br>Renato Chavez,<br><br>　　　　　　　Defendants. | 21-mj-04634-TUC-N/A (BGM)<br><br>NOTICE OF SUBSTITUTION<br>OF GOVERNMENT COUNSEL |

The United States of America, by and through its undersigned attorneys, gives notice that SCOTT A. TURK files his appearance as counsel for the United States of America in the above-captioned matter, in place of RAQUEL ARELLANO.

Respectfully submitted this 23rd day of September 2021.

　　　　　　　　　　　　　　　　　GLENN B. McCORMICK
　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　*s/Scott A. Turk*

　　　　　　　　　　　　　　　　　SCOTT A. TURK
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 23rd day of September 2021 to:

All ECF Recipients