GLENN B. McCORMICK
Acting United States Attorney
SCOTT TURK
District of Arizona
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Email: Scott.Turk@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 21-mj-04634-N/A-BGM |
| Plaintiff, | |
| v. | NOTICE OF VIDEO DEPOSITION HEARING AS TO DATE, TIME AND LOCATION |
| Carlitos Barriente, et. al., | |
| Defendants. | (FIRST AMENDED) |

PLEASE TAKE NOTICE that the video depositions of Sanjuana Martinez-Ramirez, Can Quan Ye, Marisol Martinez-Zavala, Maria Elena Gonzalez-Piedra and Nimsi Domingo-Garcia, are currently scheduled for **Tuesday, October 19, 2021, from 8:30 a.m. to 4:30 p.m.**, in Suite 4700, Grand Jury Room, 4th floor of the United States District Courthouse, 405 West Congress Street, Tucson, Arizona 85701.

DATED September 24, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

s/ Scott Turk

SCOTT TURK
Assistant U.S. Attorney

Copy of the foregoing served electronically or
by other means dated, September 24, 2021 to:

U.S. Marshals, BP Prosecutions and all parties in ECF