# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br>v.<br><br>Carlitos Barriente,<br>Renato Chavez,<br><br>　　　　Defendants. | MJ 21-04634-TUC-BGM<br><br>ORDER |

The Court having considered the Motion for Status Conference, and good cause appearing, therefore;

**IT IS ORDERD** that the Motion [Doc. 16] is granted.

**IT IS FURTHER ORDERED** that a Status Conference is scheduled for October 15, 2021 at 9:45 a.m., before Magistrate Judge Bruce G. Macdonald, 405 W. Congress, Courtroom 3A, Tucson, Arizona, 85701.

Released defendants shall appear in person or by telephone. In-custody defendants will be present by video or by telephone if video is not available. Defense attorneys and the AUSA shall appear in person.

Attorneys are expected to meet and confer in good faith before the conference and should be prepared to discuss whether the scheduled video depositions will be going

forward or whether the parties will be filing a Stipulation for Release of Material Witnesses and the video deposition vacated.

Both the AUSA and defense counsel shall be present in court with a physical copy of the Stipulation and Order for Release of Material Witnesses that can be executed by defense counsel in open court. The defendant would also need to consent on the record to the release of material witnesses.

If a Stipulation for Release of Material Witnesses is executed and the defendant wishes to plead guilty at a later date, defense counsel shall contact the assigned Magistrate Judge to schedule a change of plea hearing for a future date after the WI number has been docketed.

If a Stipulation for Release of Material Witnesses is executed and the defendant wishes to plead guilty at the status conference, the AUSA shall request, at least one week in advance of the conference, a WI number from the clerk's office. Defense counsel shall notify chambers and lodge all necessary signed documents by at least noon one business day before the hearing.

Dated this 27th day of September, 2021.

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge