**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Lynnette C. Kimmins | **Date:** September 29, 2021 |
| **USA v. Carlitos Barriente, et al (NOT PRESENT)** | **Case Number:** 21-04634MJ-001-TUC-BGM |

**U.S. Attorney:** Jackson Stephens (duty)
**Interpreter:** Sandra Bravo          **Language:** Spanish
**Material Witness(es)**
1 - Nimsi Alejandra Domingo-Garcia
**Material Witness(es) state true name(s) to be**
1 - SAME
**Material Witness(es):**   ☒ Present      ☒ Custody – Material Witness consents to appear via video conference

### INITIAL APPEARANCE – MATERIAL WITNESS(ES)

☒ Complaint Filed          **Date of Arrest:  September 19, 2021**
☒ Nicholas Bischoff, CJA, is appointed to represent the material witness(es).
☒ Upon questioning of the alleged material witness(es), the Court finds that they are not citizens of the United States.
☒ Material Witness(es) shall be temporarily detained in the custody of the United States Marshal pursuant to   ☒   18§ 3142(f)       ☐   18§ 3142(d)

    IT IS ORDERED: **within 48 hours of this Order\***, that the United States Attorney shall schedule a date and time **within 30 days of this Order** for videotaping of the material witnesses and shall file **within 48 hours of this Order\*** notice of the date and time of said taping and the name of each material witness to be videotaped. *IN THE CASE OF A JUVENILE MATERIAL WITNESS, **WITHIN 24 HOURS OF THIS ORDER**.

    IT IS ORDERED that counsel raising **objections** during the video depositions must (1) note the time and place on the videotape wherein the objection arose, (2) raise the objection before the district court in a short pleading filed no later than the deadline for the filing of Motions in the matter, (3) be prepared to roll the videotape at the exact point of any/all objections at the Motions hearing.
OTHER:  Material Witness Video Deposition tentatively scheduled for 10/19/21 at 8:30 a.m.


| | |
|---|---|
| **Recorded By** Courtsmart | **IA/MW       9 min** |
| **Deputy Clerk** Cindy Stewart | |
| | **Start:  1:41 pm** |
| | **Stop:   1:50 pm** |