Mark H. Mendoza (024060)
**MAYESTELLES PLLC**
3636 North Central Avenue, Suite 1000
Phoenix, Arizona 85012-3328
Telephone:  602.714.7900
Facsimile: 602.357.3037
mendoza_courts@mayestelles.com
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Carlitos Barriente,<br><br>　　　　Defendant. | Case No. 4:21-mj-04634-N/A-BGM-1<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the court, Carlitos Barriente substitutes, Mark Mendoza, State Bar No. 024060 as counsel of record in place of Sonia Fleury. Contact information for new counsel is as follows:

Mark Mendoza
MAYESTELLES PLLC
3636 North Central Avenue, Suite 1000
Phoenix, Arizona 85012-1927
Mendoza_courts@mayestelles.com

I consent to the above substitution.

Date: 10/01/2021

*(signature)*

(Carlitos Barriente)

I consent to being substituted.

Date: 09/30/2021

*Sonia Fleury*

(Sonia Fleury)

I consent to the above substitution.

Date: 10/01/2021

*(signature)*

(Mark Mendoza)

1

The substitution of attorney is hereby approved and so **ORDERED**.

Date: _____

                                               (Judge Bruce G. MacDonald)